# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **WILLIAM E. CALLAHAN, JR.**, presiding. | Deputy Clerk: Brenda |
| DATE: **August 15, 2009** | Court Reporter: |
| CASE NO. **09-M-492 and 09-M-493** | Time Called: 9:02:11 |
| UNITED STATES v. **SERGEY MIKAYELYAN and RITA GRIGORYAN** | Time Concluded: 9:34:36 |
| PROCEEDING: **INITIAL APPEARANCE** | |

UNITED STATES by: **Scott Campbell**

    Probation Officer: Terri Full

    Interpreter: Ilya Kopylova

DEFENDANT: **Sergey Mikayelyan and Rita Grigoryan**, in person, and by

ATTORNEY: **Daniel Stiller and Joseph Siefert**

---

Interpreter present and sworn. Court gives background of case

Court advised defts of their rights

Govt advised defts of the charges, penalties and fines

30 years, 1 million, 5 years SRT; 20 years, 250,000, 3 years SRT; 5 years, 250,000, 3 years

Court advised defts' of their rights to a prelim hearing

Govt anticipate presenting matter to grand jury within the next two or three weeks

Prelim/Arriagn set for August 26th at 10:00 a.m.

Neither defts' have been interviewed by pretrial services - Govt state they have an agreed stipulation for bond

Govt seeking temp detention of deft Sergey Mikayelyan to allow pretrial services an opportunity to interview him. Deft Rita Grigoryan may be released on O/R bond w/conditions

Court set detention hearing for deft Mikayelyan for: Monday, 8-17th at 2:00 p.m. to allow pretrial services time to interview deft

Court set O/R bond for deft Grigoryan w/following conditions:
- report to pretrial services as directed
- surrender any passport to Clerk of Court by Monday, 8-17th
- travel restricted to the Eastern District of Wisconsin
- no firearms
- deft directed to meet with pretrial services on Monday for an interview
- no use of credit cards
- not to have access to U-Haul at 505 E. Capital